AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Lloyd Casimiro Cruz Jr.<br><br>*Defendant* | Case: 1:22-mj-00041<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 2/25/2022<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*             Lloyd Casmiro Cruz Jr.                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2022.02.25
17:12:14 -05'00'

Date:   02/25/2022

*Issuing officer's signature*

City and state:     Washington, D.C.            Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/25/2022 , and the person was arrested on *(date)* 02/28/2022
at *(city and state)* Kansas City, Missouri .

Date: 02/28/2022

*Arresting officer's signature*

Timothy Ward, DEO
*Printed name and title*